# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2018

152798(42)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY GESTAIL TUCKER,
    Defendant-Appellant.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 152798
COA: 322151
Oakland CC: 2012-242851-FH

_____/

On order of the Court, the motion to dismiss is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2018



a0620

Clerk